**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01521-CR

**LATOYA ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Auxiliary Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. TR-13-03619**

## ORDER

The Court has before it the State's motion to abate. The State asserts the proceedings were recorded on three cassette tapes, and the trial court should certify the accuracy of the tapes. We **GRANT** the State's motion to abate as follows:

We **ORDER** the trial court to conduct a hearing to determine: (1) whether there were proceedings audio recorded; and (2) if so, can the accuracy of the recordings be verified.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY (30) DAYS** from the date of this order. If the trial court certifies there were audio tapes, we **ORDER** the trial court to file certified copies of the record with this Court and with the Dallas County Clerk. *See* TEX. R. APP. P. 34.6(a)(2), (h).

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Larry Rayford, Magistrate, County Auxiliary Court No. 1, 7201 Polk Street, No. 182, Dallas, Texas, 75232; and the Dallas County District Attorney's Office. We **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to LaToya Robinson, 616 Lacewood Drive, Dallas, Texas, 75224.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
JUSTICE